# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, <br><br> v. <br><br> **HECTOR LUIS RIVERA-LIND,** Defendant. | **I N F O R M A T I O N** <br><br> CASE NO. 17-67 (GAG) <br><br> **Violation:** <br> Title 18, U.S.C., § 1956 <br><br> **Forfeiture:** <br> Title 18, U.S.C., § 982 <br><br> ONE COUNT & FORFEITURE ALLEGATION |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT
### (Money Laundering)

On or about March 18, 2014, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court,

**HECTOR LUIS RIVERA-LIND,**

the defendant herein, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, attempted to transport and deliver one hundred twenty thousand dollars ($120,000.00) in United States currency, which involved the proceeds of a specified unlawful activity, that is the felonious manufacture, importation, receiving, concealment, buying, selling or otherwise dealing in controlled substances (as defined on Section 102 of the Controlled Substance Act), set forth in Title 21, United States Code, Section 801, et seq., punishable under any law of the United States, including Title 21, United States Code, Sections 841(a)(1) and 846, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, the source, the ownership, and the control

of the proceeds of such specified unlawful activity, and while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity. All in violation of Title 18, United States Code, Section 1956 (a)(1)(B)(i).

## FORFEITURE ALLEGATION
Title 18, United States Code, §982(a)(1)

The allegations contained in the Count of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 982(a)(1).

Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of an offense in violation of Title 18, United States Code, Section 1956, the defendant shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following: one hundred twenty thousand dollars ($120,000.00) in United States currency.

If any of the property above described forfeitable, as a result of any act or omission of the defendant:

    i.    cannot be located upon the exercise of due diligence;

    ii.    has been transferred or sold to, or deposited with, a third party;

    iii.    has been placed beyond the jurisdiction of the court;

    iv.    has been substantially diminished in value; or

(Intentionally Left Blank)

has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c). All in accordance with Title 18, United States Code, Section 982(a)(1), and Rule 32.2(a), Federal Rules of Criminal Procedure.

ROSA EMILIA RODRÍGUEZ-VÉLEZ
UNITED STATES ATTORNEY

José Capó-Iriarte
Assistant U.S. Attorney
Chief, Criminal Division

Julia Diaz-Rex
Assistant U.S. Attorney
Deputy Chief Narcotics Unit

For Stuart J. Zander
Assistant U.S. Attorney